USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  1250 NORTH SD, LLC,                           :
                                                :
                           Plaintiff,           :
              -against-                         :    1:19-cv-10957-GHW
                                                :
  SAN DIEGO HOTEL CIRCLE OWNER, LLC             :    ORDER
  1250 NORTH SD MEZZ LLC, and SAN DIEGO         :
  HOTEL CIRCLE MEZZANINE, LLC,                  :
                                                :
                           Defendants.          :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

Because of a conflict on the Court's calendar, the show cause hearing scheduled for 3:30 p.m. on December 13, 2019 is rescheduled for 2:45 p.m. on the same day.

SO ORDERED.

Dated: December 9, 2019  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge