USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  1250 NORTH SD, LLC,                           :
                                                :
                              Plaintiff,        :
                 -against-                      :    1:19-cv-10957-GHW
                                                :
  SAN DIEGO HOTEL CIRCLE OWNER, LLC             :    ORDER
  1250 NORTH SD MEZZ LLC, and SAN DIEGO         :
  HOTEL CIRCLE MEZZANINE, LLC,                  :
                                                :
                              Defendants.       :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

As discussed on the record during the telephone conference held on February 7, 2020, both parties have stipulated that the Court does not have subject matter jurisdiction over this case. Accordingly, this case is dismissed without prejudice and the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: February 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge